■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN BARNHILL, Appellant. [12 NYS3d 553]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Chin Brandt, J.), rendered March 19, 2013, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

"The defendant's challenge to the validity of his waiver of indictment is not forfeited by his plea of guilty and would not be precluded by any valid waiver of the right to appeal" (*People v Yunga*, 122 AD3d 951, 951 [2014]; *see People v Boston*, 75 NY2d 585, 589 n [1990]; *People v Sze*, 113 AD3d 795 [2014]; *People v Libby*, 246 AD2d 669, 670-671 [1998]). Nor does that claim require preservation (*see People v Boston*, 75 NY2d at 589 n; *People v Yunga*, 122 AD3d at 951). Nevertheless, contrary to the defendant's contention, his waiver of indictment was valid (*see* NY Const, art I, § 6; CPL 195.10, 195.20; *People v Bastardo*, 127 AD3d 776 [2015]; *People v Hanely*, 107 AD3d

917 [2013]; *People v Newson*, 106 AD3d 839 [2013]; *People v Gramola*, 102 AD3d 810 [2013]). Skelos, J.P., Hall, Sgroi and Barros, JJ., concur.